**Privileged/legal**

TO File

9 B.1- Pro Se littagent Facts Exzist of Request of legal Consult, of establishment of Dissmissal of Public defender.!

9B-2- A need of conspercey of Foundations to "consistently" Establish Illegal ground of Illegal law tampering of evadence Per Mcceab 1361 establishments.! See Lornes v Hernandez IN RE

9.B.3- A need of Illegal constatuntal Right Violation of Acsess use of Fource of useg of Copd, Writen oder or Ad Seg. is not needed to establish A Respect throughout Court of Appeals!

9-B-4, iF good willing A perpanderence of A Equital or Reversel of Lornes v Peopel 11CR20000 INRE 14CA1543 Concidering A Enourmus Amount of Illegal establishments of govermentel officel's consist of Stat and federel Count's to be Established under Fals Statment Act 1001-1361 Mcceab, Hellerey Clittion Foundation compspicerey of Marti Trieul Equital of conspircey.

Eaverey Statment is true not Fliveris or carrey Aney Birden to the next partem to Distroy or Establish comspircey! *Singed* William Lornes